```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

MICHAEL SPATARO,                )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 14-198 RCL
                                )
FEDERAL BUREAU OF               )
   INVESTIGATION,               )
                                )
          Defendant.            )
_____)
```

REPLY TO PLAINTIFF'S "MOTION IN OPPOSITION OF
DEFENDANT'S REQUEST FOR STAY, OR ENARGEMENT OF TIME"

Defendant has moved for a stay or alternatively for an enlargement of time in this Freedom of information Act case. The Plaintiff, a pro se federal prisoner has objected, claiming that the Federal Bureau of Investigation ("FBI") has been slow to respond to his request for information about Plaintiff. Were Plaintiff's the only FOIA request received by the Defendant Agency, Plaintiff might have a point about the length of time it takes to identify responsive records from the several Filed Offices, forward them to the Records Management Division for processing, upload them into a database capable of aiding the review for potential release, redact information that is not subject to disclosure, review the final product and produce the releasable materials.

The FBI, however, receives over one thousand FOIA requests each year. See http://www.justice.gov/open/capacity.html. It has

undertaken the necessary effort to identify the potentially responsive documents, and merely asks for an opportunity to provide releasable records on a rolling basis and in an orderly manner, something that will take, in its best estimate, until approximately January 15, 2015.

As explained in support of Defendant's motion, the FBI is working diligently and is prepared to provide releasable documents on a rolling basis as they become available, a method likely to provide Plaintiff responsive records as promptly as practicable, without causing undue delay to the other FOIA requestors whose desires for documents are surely equal to Plaintiff's.

For these reasons and those previously presented by the FBI, Defendant asks for a stay in the case or for an enlargement of time to complete the anticipated dispositive motion.  A proposed order accompanies this motion.

        Respectfully submitted,

        RONALD C. MACHEN JR., DC Bar #447889
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN, DC Bar #924092
        Chief, Civil Division

      By:_____/s/
        W. MARK NEBEKER, DC Bar #396739
        Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Reply has been made by mailing copies thereof to:

MICHAEL SPATARO
Reg. No. 43392-053
FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 2000
FORT DIX, NJ  08640-0902

on this 3rd day of July, 2014.

                                                /s/
                                    W. MARK NEBEKER, DC Bar #396739
                                    Assistant United States Attorney
                                    555 4th Street, N.W.
                                    Washington, DC  20530
                                    (202) 252-2536
                                    mark.nebeker@usdoj.gov