UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SPATARO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-198 RCL |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

ORDER

Upon consideration of the Motion [12] For Stay Or, In The Alternative, For An Enlargement Of Time, And Memorandum In Support Thereof and for the reasons set forth herein, it is this 3rd day of July, 2014, ordered that the motion should be and is hereby GRANTED, and it is

FURTHER ORDERED that this action be and is hereby STAYED, until 1-15-2015 or until further order of the Court. Defendant shall file periodic status reports every 30 days until such time as processing of the records responsive to Plaintiff's Freedom of Information Act requests is completed. Plaintiff's Motion [10] to Amend Complaint is GRANTED. The Department of Justice is now the defendant; the FBI is dismissed.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | MICHAEL SPATARO |
| Assistant U.S. Attorney | Reg. No. 43392-053 |
| Civil Division | FORT DIX |
| 555 4th Street, N.W. | FEDERAL CORRECTIONAL INSTITUTION |
| Washington, DC 20530 | Inmate Mail/Parcels |
| | P.O. BOX 2000 |
| | FORT DIX, NJ 08640-0902 |